**STATE OF MONTANA,**
          **Plaintiff,**                                **NO. 9941**
          **vs.**                                      **DECISION**

**ANNE BONNIE ROSS,**
          **Defendant.**

On November 26, 1948, the Defendant was sentenced to six (6) counts of Forgery. The defendant received twenty (20) years on each count. Counts II through VI shall run concurrent with each other but consecutive to Count I and are suspended with conditions. Credit is given for 52 days time served. Restitution of $11,106.06 is to be paid by the defendant.

On July 24, 1992, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Roberta Hoe, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed. The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 24th day of July, 1992.
        **Hon. Ed McLean, Chairman, Hon. Thomas M. McKittrick,**
                **Hon. G. Todd Baugh, Judges.**

The Sentence Review Board wishes thank Roberta Hoe, Legal Intern from the Montana Defender Project for her assistance to the defendant and to this Court.